MARY A. HANSEN, as Administratrix of the Estate of GEORGE R. HANSEN, Deceased, Appellant, *v.* LONG ISLAND RAILROAD COMPANY, Respondent.

(Argued October 20, 1930; decided November 18, 1930.)

*Harry G. Liese, Donald Bourne* and *Herman Goldman* for appellant.

*Thomas J. Brennan, Matthew J. Keany* and *Joseph F. Keany* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.